UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:25-cv-02170-WLH-JC | Date | October 16, 2025 |
|---|---|---|---|
| Title | *Jose Alvarez v. Ford Motor Company et al* | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Holidae Crawford | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO REMAND [8]**

The Court is in receipt of Plaintiff Jose Alvarez's Motion to Remand (the "Motion"). (Docket No. 8). When filing this Motion, Plaintiff failed to even attempt to comply with Local Rule 7-3, to which the Court expects strict adherence. Rule 7-3 requires parties to meet and confer prior to filing a motion, and to certify their compliance with the Rule in the motion itself.[1]

For that reason, the Court **ORDERS** Plaintiff's Motion stricken. *See, e.g., Hand & Nail Harmony, Inc. v. ABC Nail and Spa Prods.*, No. SA CV 16-069-DOC-JEM, 2016 WL 9223783, at *2 (C.D. Cal. August 8, 2016) ("The Court may, in its discretion, refuse

---

[1] *See* Local Rule 7-3 (requiring "counsel contemplating the filing of any motion" to "first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion. If the parties are unable to reach a resolution that eliminates the necessity for a hearing, counsel for the moving party must include in the notice of motion a statement to the following effect: 'This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on (date).'").

**CIVIL MINUTES - GENERAL**

to consider a motion for failure to comply with Local Rule 7-3."). The hearing calendared for October 17, 2025, is **VACATED**, and the matter taken off calendar.

**IT IS SO ORDERED.**